UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| FLATSIX, LLC,<br>           Plaintiff,<br>    v.<br>BLERIM SYLEJMANI,<br>           Defendant. | Case No. 23-cv-02289-VKD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Flatsix, LLC ("Flatsix") filed this case against defendant Blerim Sylejmani on May 11, 2023. Dkt. No. 1. That same day, the Court issued a case management order setting an initial case management conference for August 15, 2023 and requiring the parties to file a case management statement by August 8, 2023. Dkt. No. 3. In addition, the case management order set deadlines for the parties to indicate whether they consent to or decline magistrate judge jurisdiction. *Id.*

To date, Mr. Sylejmani has not appeared in the action, and the docket does not indicate whether he has been served. Neither party has filed a case management statement or requested an extension of the deadline for filing a statement, nor has either party indicated whether it consents to or declines magistrate judge jurisdiction.

Accordingly, the Court orders as follows: By **August 17, 2023**, Flatsix must file a written response to this order and show cause why this action should not be dismissed without prejudice for failure to prosecute and failure to comply with the Court's orders. In addition, Flatsix must advise the Court of the status of its efforts, if any, to serve Mr. Sylejmani. If Flatsix fails to timely respond to this order, the Court will order the action reassigned to a district judge with a

recommendation that the case be dismissed without prejudice.

The Court vacates the initial case management conference set for August 15, 2023.

**IT IS SO ORDERED.**

Dated: August 10, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge